ROBERT DRAVECKA, Respondent, v. CHARLES A. STONEHAM and ROSS F. ROBERTSON, as Partners, Trading under the Firm Name of CHARLES A. STONEHAM & Co., and Individually, Appellants, and ERNEST H. CLARKE, Trading under the Name

of E. H. Clarke & Co., and Individually, and All of Said Individuals Jointly and Severally, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.